**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**

RAVI SUBRAMANIAN
CLERK OF COURT
1717 PACIFIC AVE
ROOM 3100
TACOMA, WA 98402

November 19, 2025

Evan Ray Pellegrini
C/O OPENFRONT LLC
2108 N ST #13597
SACRAMENTO, CA 95816

Your civil action, ***Pellegrini v. Fazal et al***, was filed in the United States District Court – Western District of Washington on November 18, 2025.

The case has been assigned to District Court Judge Grady J Leupold, case number **2:25–cv–02327–GJL**. All documents filed with the Court must include the entire case number in order to be properly posted on the docket.

The following deficiencies have been noted:

**Civil Cover Sheet Omitted**
As required by Local Civil Rule 3(a), a Civil Cover Sheet is required at the time of filing. Please fill out the enclosed form and return it to the Clerk's Office as soon as possible.

**Copyright/Patent/Trademark Forms Omitted**
The Copyright/Patent/Trademark form(s) were omitted upon case opening. If applicable, the form(s) should be emailed to the proper jurisdictional court and **cannot** be electronically filed. For Seattle cases, please email the form to newcases.seattle@wawd.uscourts.gov. For Tacoma cases, please email the form to newcases.tacoma@wawd.uscourts.gov.

**Additional Notes:** enc.: Receipt 200008866, Blank civil cover sheet, blank Form AO 121, SASE (unused). cc: plaintiff via USPS.

The deficiencies must be corrected and filed with the Court as soon as possible. Please return the requested documents to the address listed above. Failure to do so may affect the status of your case, including dismissal of the action by the Court.

cc: file